Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

227 So.2d 595

**Mr. and Mrs. William C. HAYWARD, Sr.**

**v.**

**Lawrence J. NOEL, Jr., et al.**

**No. 50137.**

Nov. 12, 1969.

In re: Lawrence J. Noel, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 225 So.2d 638.

227 So.2d 596

**Edward ALLEMAN**

**v.**

**Harry GUILLOT.**

**No. 50140.**

Nov. 12, 1969.

In re: Edward Alleman applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Assumption. 225 So.2d 607.

Writ refused. No error in the judgment complained of.